IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERLAN RAFAEL ARIAS ABREU,

Petitioner,

v. No. 1:26-cv-01101-KG-GJF

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

Petitioner Erlan Rafael Arias Abreu filed a Motion for Leave to File Supplemental Petition for Writ of Habeas Corpus on July 7, 2026. Doc. 14. On July 24, 2026, this Court entered an Order granting the Motion and directing the Government to file a response within ten business days, by August 7, 2026. Doc. 17. The Government has failed to do so.

IT IS THEREFORE ORDERED that the Government shall, within three business days of the entry of this Order, file a response and show cause why the Petition should not be granted. Petitioner's reply, if any, shall be filed within three business days after the Government's response is filed. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.